| | |
|---|---|
| 1 | Robyn E. Bladow (SBN 205189) |
| 2 | KIRKLAND & ELLIS LLP<br>555 South Flower Street |
| 3 | Los Angeles, California 90071<br>Telephone:  (213) 680-8400 |
| 4 | Facsimile:  (213) 680-8500<br>Email: robyn.bladow@kirkland.com |
| 5 | *Attorneys for Defendant* |
| 6 | Justin B. Farar (SBN 211556) |
| 7 | *jfarar@kaplanfox.com* |
| 8 | 12400 Wilshire Boulevard, Suite 460<br>Los Angeles, CA 90025 |
| 9 | Telephone: (310) 614-7260 |
| 10 | *Attorney for Plaintiff* |
| 11 | [Additional counsel on signature page] |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CROSS, individually and on behalf of similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HALEON US HOLDINGS LLC,<br><br>　　　　　Defendant. | CASE NO. 2:24-cv-09325-MCS-PVC<br><br>**STIPULATION REGARDING SCHEDULE FOR RESPONSE TO AMENDED COMPLAINT**<br><br>Hon. Mark C. Scarsi<br>Courtroom 7C<br><br>Complaint Filed:　　October 29, 2024<br>Complaint Served:　November 8, 2024<br>Amended Complaint: December 6, 2024<br>Response Due:　　December 20, 2024<br>New Response Date<br>(amended complaint): January 3, 2025 |

1

This Stipulation is entered into between Plaintiff Joshua Cross (Plaintiff), and Defendant Haleon US Holdings LLC ("Haleon").

**WHEREAS**, on October 29, 2024, Plaintiff filed a putative Class Action Complaint ("Complaint") in the above-captioned case;

**WHEREAS**, on November 26, 2024, the Court issued an order "extend[ing] Defendant's deadline to respond to the original complaint to December 6, 2024" and "encourag[ing] the parties to agree on a reasonable briefing schedule before engaging in motion practice," ECF No. 15;

**WHEREAS**, Plaintiff filed an amended complaint on December 6, 2024 ("Amended Complaint"), replacing Haleon US Inc. with the proper entity, Haleon US Holdings LLC ("Haleon");

**WHEREAS**, Plaintiff has asked and Haleon has agreed that Plaintiff's prior service on Haleon US Inc. of notice under California's Consumers Legal Remedies Act will be deemed served on Haleon US Holdings LLC;

**WHEREAS**, the parties have discussed a more expedited schedule for Haleon's response to the Amended Complaint than previously proposed and, given the volume of allegations and claims in the complaint, as well as the upcoming holidays and scheduling conflicts, including international travel by both counsel for Haleon and counsel for Plaintiff, the parties agreed that Haleon will have an additional 14 days to respond to the amended complaint, Plaintiff will have 24 days to file his opposition, and Haleon will have 14 days to file its reply;

**WHEREAS**, this extension will not alter the time of any other event or deadline already fixed by Court order;

**WHEREAS**, this is the first stipulation for extension of time for the response to the Amended Complaint.

**THEREFORE, THE PARTIES AGREE AND STIPULATE** as follows:

1. The deadline for Haleon to answer or respond to the Amended Complaint shall be extended from December 20, 2024, until January 3, 2025.

2. If Haleon files a motion to dismiss, any opposition by Plaintiff shall be filed on or before January 27, 2025.

3. Any reply by Haleon shall be filed on or before February 10, 2025.

**IT IS SO STIPULATED**

DATED: December 6, 2024

KIRKLAND & ELLIS LLP

By: /s/ Robyn E. Bladow

Robyn E. Bladow (SBN 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street
Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
*Robyn.Bladow@kirkland.com*

*Attorneys for Defendant*

Dated: December 6, 2024

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Matthew George

Justin B. Farar (SBN 211556)
*jfarar@kaplanfox.com*
12400 Wilshire Boulevard, Suite 460
Los Angeles, CA 90025
Telephone: (310) 614-7260
Facsimile:

Laurence D. King (SBN 206423))
*lking@kaplanfox.com*
Matthew B. George (SBN 239322)
*mgeorge@kaplanfox.com*
Blair E. Reed (SBN 316791)
*breed@kaplanfox.com*
Clarissa R. Olivares (SBN 343455)
*colivares@kaplanfox.com*

*Attorneys for Plaintiff Joshua Cross*

# SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: December 6, 2024                     */s/ Robyn E. Bladow*
                                            Robyn E. Bladow