1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CROSS, individually and on behalf of similarly situated, | CASE NO. 2:24-cv-09325-MCS-PVC |
| Plaintiff, | **ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR RESPONSE TO AMENDED COMPLAINT** |
| v. | (ECF No. 18) |
| HALEON US HOLDINGS LLC, | Hon. Mark C. Scarsi<br>Courtroom 7C |
| Defendant. | Complaint Filed:        October 29, 2024<br>Complaint Served:      November 8, 2024<br>Amended Complaint: December 6, 2024 |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having read and considered the Stipulation Regarding Schedule for Response to Amended Complaint, and good cause appearing, hereby GRANTS the Stipulation and finds as follows:

1.  The deadline to answer or respond to the Amended Complaint shall be extended to January 3, 2025.

2.  If Defendant files a motion to dismiss, any opposition by Plaintiff shall be filed on or before January 27, 2025.

3.  Any reply shall be filed on or before February 10, 2025.

**IT IS SO GRANTED.**

Dated: December 13, 2024

By: _____

Mark C. Scarsi
United States District Judge

1