**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSHUA CROSS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HALEON US HOLDINGS LLC,

Defendant.

Case No. 2:24-cv-09325-MCS-PVC

**JUDGMENT**

    Pursuant to the Court's Order Re: Defendant's Motion to Dismiss and Plaintiff's decision not to amend his pleading, it is ordered, adjudged, and decreed that this action is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 28, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1